EILEEN M. DECKER
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
CHARLES PARKER (Cal. Bar No. 283078)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2740
    Facsimile: (213) 894-0115
    E-mail: charles.parker@usdoj.gov

JS-6

Attorneys for Respondent the United States

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| OLD REPUBLIC DEFAULT MANAGEMENT SERVICES,<br><br>Petitioner,<br><br>vs.<br><br>ALL CLAIMANTS TO SURPLUS FUNDS AFTER TRUSTEE'S SALE OF REAL PROPERTY LOCATED AT 841 GREENWAY TERRACE LA HABRA, CA 90631,<br><br>Respondents. | Case No. 8:15-cv-00442 JVS (JCGx)<br><br>JUDGMENT TO DISBURSE INTERPLEADED FUNDS |

    Pursuant to the Court's Order granting the Stipulation to Disburse Interpleaded Funds, and all evidence properly on the record,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Robert O. Carter possesses no valid interest in the surplus funds of $229,708.29 from the judicial foreclosure sale on July 24, 2104, of the real property located at 841 Greenway Terrace, La Habra, California.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that order of priority to the surplus funds is as follows:

| Party | Priority Date | Balance as of August 24, 2015 |
|---|---|---|
| Beneficial Financial I, Inc. | 4/25/2000 | $77,803.02 |
| United States | 11/10/2003 | $1,648.37 |
| United States | 10/27/2003 | $28,806.38 |
| FTB | 4/23/2004 | $6,349.88 |
| United States | 6/14/2004 | $868.79 |
| United States | 6/14/2004 | $1,760.39 |
| FTB | 4/29/2005 | $4,969.28 |
| FTB | 8/29/2005 | $279.47 |
| United States | 10/17/2005 | $24,715.64 |
| FTB | 6/30/2006 | $8,074.79 |
| FTB | 6/16/2007 | $1,955.02 |
| United States | 3/24/2008 | $20,465.75 |
| United States | 3/24/2008 | $7,128.24 |
| FTB | 6/20/2008 | $17,010.83 |
| United States | 11/17/2008 | $24,766.42 |
|  | **TOTAL** | $226,602.89 |

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Orange County Superior Court Clerk is ordered to distribute the $226,602.89 of interpleaded Surplus Funds from case number 30-2015-00767905-CU-PT-CJC as follows:

| Party | Check Payee | Amount | Address |
|---|---|---|---|
| Beneficial Financial I, Inc. | Beneficial Financial I, Inc. | $77,803.02 | Hydee J. Mulichak, Esq. Malcom & Cisneros 2112 Business Center Drive, 2nd Fl. Irvine, CA 92612 |
| United States | United States of America | $110,160.60 | AUSA Charles Parker 300 N. Los Angeles St. Suite 7211 Los Angeles, CA 90012 |

2

| | | | |
|---|---|---|---|
| California FTB | California Franchise Tax Board | $38,639.27 | FRANCHISE TAX BOARD c/o Donny P. Le P.O. Box 1720, MS: A-260 Rancho Cordova, CA 95741-1720 |

  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Old Republic Default Management Services, pursuant to California Civil Code section 2924k(a)(1), is entitled to $2,670.40 trustee's fees and the $435.00 filing fee, which Old Republic Default Management Services retained prior to depositing the surplus funds with the Superior Court.  Fees paid to Old Republic Default Management Services pursuant to Section 2924k(a)(1) shall not decrease the amount of Surplus Funds paid to the United States.  No further sums shall be paid to Old Republic Default Management Services.

  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, except for the payments to Old Republic Default Management Services and Beneficial Inc. described above, the parties will each bear their own costs and attorney's fees.

  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that nothing in this order waives or limits the IRS's and/or the FTB's right to collect any tax liabilities that were not satisfied through payment of the surplus funds, including assessments discussed herein, and any other assessments made by the IRS or FTB.

  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, all parties herein are discharged of all liability with respect to the surplus funds as to Robert O. Carter.

  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Court will retain jurisdiction to ensure the surplus funds are properly distributed by the Clerk of the California Superior Court, County of Orange.

DATED: August 25, 2015

_____
JAMES V. SELNA
United States District Judge

**CC:  Clerk of Court, Orange County Superior Court**